Marc A. Lieberman, Esq. (Bar No. 157318)
Alan W. Forsley, Esq. (Bar No. 180958)
**FREDMAN LIEBERMAN LLP**
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone:    (310) 284-7350
Facsimile:    (310) 432-5999

Attorneys for creditor and movant 612 Vermont Investment Fund, LLC

FILED & ENTERED

DEC 26 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gae        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ELBIALI ISMAIL OSMAN,<br><br>Debtor. | Case No. 2:13-bk-28671-RN<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR USE OF CASH COLLATERAL**<br><br><u>Hearing Date</u>:<br>Date:  December 18, 2013<br>Time:  9.00 a.m.<br>Place: Courtroom 1645 |

A hearing was held on December 18, 2013 at 9:00 a.m. at the United States Bankruptcy Court for the Central District of California, Los Angeles Division, before the Honorable Richard M. Neiter, U.S. Bankruptcy Judge, on 612 Vermont Investment Fund, LLC's ("**Vermont**") Motion for Approval of Stipulation for Use of Cash Collateral (the "**Motion**").  Alan Forsley appeared on behalf of Vermont and Carlos Negrete appeared on

behalf of debtor Elbiali Ismail Osman.  Upon consideration of the Motion, the statements of counsel at the hearing and good cause appearing, the Court makes the following order:

**IT IS HEREBY ORDERED THAT:**

1   The Motion is granted and the Stipulation is approved; and

2   Debtor is authorized to use the cash collateral pursuant to the Stipulation.

###

Date: December 26, 2013

Richard M. Neiter
United States Bankruptcy Judge

2

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR USE OF CASH COLLATERAL** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 18, 2013**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Alan W Forsley    awf@fl-lawyers.net, awf@fkllawfirm.com,addy@fl-lawyers.net,lc@fl-lawyers.net,awf@fl-lawyers.net
- Neil B Katz    neilkatz@pacbell.net
- Carlos F Negrete    attyservice@negretelaw.com, cfnbknotice@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9013-3.1**